UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| THOMAS BAGGETT | CIVIL ACTION |
| Plaintiff | |
| v. | NO.: 1:cv-10-1224 |
| VITAL RECOVERY SERVICES, INC. | STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT |
| Defendant | |

---

**IT IS STIPULATED AND AGREED**, by and between the parties that the time for Defendant Vital Recovery Services, Inc. to file an answer to Plaintiff complaint is hereby extended to a date thirty (30) days from the date of entry of this Order. No previous extension has been granted.

_/s/ Brent F. Vullings_
Brent F. Vullings, Esquire
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
Attorney for Plaintiff

_/s/ Allen R. Bunker_
Allen R. Bunker, Esquire
Comeau & Bunker
1600 John F. Kennedy Blvd.
Four Penn Center, Suite 500
Philadelphia, PA 19103
Attorney for Defendant

**SO ORDERED:**

_____
U.S.D.J.